IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **VANESSA GILL,** | ) |
| Petitioner, | ) |
| vs. | )   CIVIL ACTION 2:13-0514-KD-B |
| **BOBBY BARRETT,** *et al.*, | ) |
| Respondent. | ) |

## **JUDGMENT**

In accordance with the Order entered this date, it is ORDERED, ADJUDGED, and DECREED that JUDGMENT is entered in favor of Respondents and against Petitioner, Vanessa Gill.

It is further ORDERED, ADJUDGED, and DECREED that Gill is entitled to a Certificate of Appealability as to Claim One but not entitled as to her remaining Claims.  Since the Court has found that Gill is entitled to a Certificate of Appealability as to Claim One, if she appeals, and if she is indigent, she would be entitled to appeal *in forma pauperis.*

DONE this 27th day of June 2016.

s/Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE